IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

A. D. HURD JR.                                                                PLAINTIFF

VS.                              CASE NO. 2:07-CV-0040 SWW

PHILLIPS COUNTY, ARKANSAS
A Public Body Corporate and Politic,
RONNIE WHITE, In His Official
Capacity as Sheriff of Phillips County,
BARRY E. ROY, In His Individual
and Official Capacity as Trooper/
Investigator for the Arkansas State
Police, and MIKE RUSSELL, In
His Individual and Official Capacity as
Deputy for the Phillips County
Sheriff's Department                                                        DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties have agreed that the above styled cause of action should be dismissed without prejudice.

IT IS SO ORDERED this 23rd day of April 2010.

_____
UNITED STATES DISTRICT JUDGE

_____                 _____
Austin Porter Jr., No. 86145                    Sherry Robinson, No. 97194
Porter Law Firm                                 Assistant Attorney General
The Tower Building                              The Tower Building
323 Center Street, Suite 1300                   323 Center Street, Suite 200
Little Rock, Arkansas 72201                     Little Rock, Arkansas 72201
Telephone: 501-244-8200                         Telephone: 501-682-1681
Facsimile: 501-372-5567                         Facsimile: 682-2591
ATTORNEY FOR PLAINTIFF                          ATTORNEY FOR DEFENDANTS